**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

PAMELA L. HALL,

              Plaintiff,

vs.

ACCORD SERVICES, LLC, a Georgia
Corporation, and DARLENE DILLON, an
individual,

              Defendants.

CIVIL ACTION FILE

1:16-cv-814-AT

## A T T O R N E Y   F E E   J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, on the Plaintiff's Motion for Attorneys' Fees,  and the court having granted in part and denied in part said motion, it is

**Ordered and adjudged** that Defendants pay $2,430.00 in attorneys' fees and $400.00 in costs (for a total of $2,830.00) to Plaintiff.

Dated at Atlanta, Georgia this 24th day of March, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Amanda Querrard*
           Deputy Clerk

Prepared and entered
in the Clerk's Office
   March 24, 2017
James N. Hatten
Clerk of Court

By: *s/Amanda Querrard*
       Deputy Clerk